# UNITED STATES DISTRICT COURT
for the
District of Minnesota

William Madden,

                *Plaintiff,*

v.                                                          Case No. 0:23−cv−02670−WMW−DJF

Radius Global Solutions LLC.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Radius Global Solutions LLC.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Brian C Gudmundson
                1100 IDS Center
                80 South Eighth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                                By:  *[signature]*

                                                                                   Kate M. Fogarty, Clerk of Court

Date of Issuance:  August 30, 2023

| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| William Madden | Court File Number |
| Plaintiff, | 0:23-cv-02670-WMW-DJF |
| v. | |
| Radius Global Solutions LLC | |
| Defendant, | **Affidavit of Service** |

State of Minnesota )
County of Hennepin )

I, Timothy B. Clemens, state that on Friday, September 1, 2023 at 11:30 AM I served the Summons; Complaint; Exhibit 1; and Civil Cover Sheet upon Radius Global Solutions LLC, therein named, personally at Unit 250, 7831 Glenroy Road, Edina, MN 55439, by handing to and leaving with Robert Nigh, Director of operations, a Managing Agent of said Radius Global Solutions LLC, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 9/1/2023

Timothy B. Clemens, Process Server



2620227 - 1

RE: 1738.001

-1-

Metro Legal
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com