IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM MADDEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS LLC,<br><br>    Defendant. | Case No. 0:23-cv-02670-WMW-DJF<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED JURISDICITONAL DISCOVERY AND TO EXTEND THE DEADLINE TO AMEND HIS COMPLAINT** |

   This matter comes before the Court on Plaintiff's Motion for Limited Jurisdictional Discovery and to Extend the Deadline to Amend His Complaint (Doc. No. 7).  Based upon all files, records, and proceedings herein:

   **IT IS ORDERED** that Plaintiff William Madden is allowed to take limited discovery from Defendant to determine: (1) the citizenship of the members and any sub-members of Defendant; and (2) the states to which Defendant sent notice to individuals of the data breach.

   **IT IS FURTHER ORDERED** that the deadline to file an amended complaint is extended to October 26, 2023.


Dated: _____        _____
                         Hon. Dulce J. Foster
                         United States District Court Magistrate Judge